

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

June 11, 2014

Robert S. Thompson
3510 N Saint Marys St Ste 100
San Antonio, TX 78212-3164
* DELIVERED VIA E-MAIL *

Thomas S. Harmon
2702 Treble Creek
San Antonio, TX 78258-4496
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-14-00371-CV
        Trial Court Case Number:     2011-CI-12364
        Style:  Olmos Equipment, Inc.
                v.
        Tina M. Romane and Estate of Richard F. Romane

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Donna  Kay McKinney (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2014

No. 04-14-00371-CV

**OLMOS EQUIPMENT, INC.**,
Appellant

v.

Tina M. **ROMANE** and Estate of Richard F. Romane,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-12364
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

The clerk's record was due in this accelerated appeal on June 2, 2014. On June 10, 2014, the clerk filed a notification of late record, stating the record had not been filed because she was unaware this was an accelerated appeal. In the notification, the clerk requests an extension of time to file the clerk's record to June 27, 2014. The notice of appeal filed with the district clerk on May 22, 2014, specifically stated the appeal was accelerated. Nevertheless, we **GRANT** the clerk's request for an extension and **ORDER** the clerk to file the clerk's record on or before **June 27, 2014**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

June 11, 2014

No. 04-14-00371-CV

**OLMOS EQUIPMENT, INC.**,
Appellant

v.

Tina M. **ROMANE** and Estate of Richard F. Romane,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-12364
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

The clerk's record was due in this accelerated appeal on June 2, 2014. On June 10, 2014, the clerk filed a notification of late record, stating the record had not been filed because she was unaware this was an accelerated appeal. In the notification, the clerk requests an extension of time to file the clerk's record to June 27, 2014. The notice of appeal filed with the district clerk on May 22, 2014, specifically stated the appeal was accelerated. Nevertheless, we **GRANT** the clerk's request for an extension and **ORDER** the clerk to file the clerk's record on or before **June 27, 2014**.

/s/ Marialyn Barnard
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2014.

/s/ Keith E. Hottle_
Keith E. Hottle
Clerk of Court

ENTERED THIS 11TH DAY OF JUNE, 2014.

VOL.____PAGE____